UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPECTRUM HEALTH HOSPITALS,

    Plaintiff,

v.

TOWNE AIR FREIGHT, INC.,
ET AL,

    Defendants.

_____/

Case No. 1:10-cv-767

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Towne Air Freight, Inc. has not filed the requisite disclosure.

**IT IS HEREBY ORDERED** that defendant Towne Air Freight, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: November 19, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge