**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| SPECTRUM HEALTH HOSPITALS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:10-cv-767 |
| | ) | |
| TOWNE AIR FREIGHT, INC. and | ) | HON. PAUL L. MALONEY |
| TOWNE AIR FREIGHT EMPLOYEE | ) | |
| HEALTH BENEFITS PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF REOPENING CASE**

COMES NOW, Defendants Towne Air Freight, Inc. and Towne Air Freight Employee

Health Benefits Plan, and provides notice to the Court that Defendants are reopening this

litigation as of the date of this Notice.

Respectfully submitted,

BARRETT & McNAGNY, LLP

By  /s/ Jeremy N. Gayed
Jeremy N. Gayed
215 East Berry Street
Fort Wayne, IN  46802
Tel: (260) 423-9551
Fax: (260) 423-8920
E-mail:  jng@barrettlaw.com

## CERTIFICATE OF SERVICE

I certify that on this <u>9th</u> day of April, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Richard E. Hillary, II
Joseph J. Gavin
Miller Johnson
250 Monroe Ave., N.W., Ste. 800
P.O. Box 306
Grand Rapids, MI 49501-0306

/s/ Jeremy N. Gayed
Jeremy N. Gayed

1039512

2